# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1193
LT Case No. 2021-CT-002759-A

_____

JOHNNY ROMERO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the County Court for Seminole County.
Wayne E. Culver, Judge.

Asad Ali, of Mandell Law P.A., Orlando, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Roberts J. Bradford, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


April 2, 2024


PER CURIAM.

    AFFIRMED.


EDWARDS, C.J., and MAKAR and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____